FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MFD: USAO 2018R00424

2018 JUL -3  PM 3: 24

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | * |
| **DANIELLE FAITH GORE ,** | * |
| | * |
| **Defendant** | * |
| | * |
| | * |

CRIMINAL NO.  GLR-18-0362

**(Theft of Government Property,**
**18 U.S.C. § 641; Aiding and**
**Abetting, 18 U.S.C. § 2; Forfeiture**
**Allegations)**

\*\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to the charges in this Indictment:

1.     The Social Security Administration ("SSA") was an agency of the United States within the United States Government that administered programs under the Social Security Act, Title 42, United States Code, Section 301, et seq. ("the Act").  These programs included Title II Social Security Disability Insurance ("SSDI"), which paid monthly benefits to workers who became disabled.  A beneficiary's entitlement to those benefits terminated upon death of the beneficiary.

2.     **DANIELLE FAITH GORE ("GORE")** did not report her mother's death to SSA, and spent the monthly SSDI benefits deposited into her mother's account for nearly eleven years after her mother's death, resulting in a loss to the United States Government of approximately $198,000.

1

3.     SSA conducted an audit in 2017 comparing its beneficiary rolls to the Maryland Death Index, and determined that **GORE**'s mother, A.B., was likely deceased, but still receiving SSDI payments via direct deposit of $1,601 per month.

4.     On January 9, 2018, agents of the SSA Office of Inspector General went to the address of record for A.B., and were met by **GORE**, who lives at the address, and who falsely stated that her mother was alive, but in Philadelphia, Pennsylvania at the time.

5.     On February 8, 2018, agents confirmed A.B.'s death by way of a death certificate issued by the State of Maryland, which named **GORE** as the informant.

6.     Agents returned to **GORE**'s home on February 21, 2018 and spoke with her again. **GORE** admitted that she spent the SSDI funds using an ATM card for which A.B. had provided her the PIN before she died. **GORE** stated she no longer possessed the card because she destroyed it after her first interview with OIG agents.

### The Charge

7.     Between in or about July 2007 and in or about March 2018, in the District of Maryland, the defendant,

### DANIELLE FAITH GORE,

did embezzle, steal, purloin, and knowingly convert to her use and the use of another, any money of the United States and any department and agency thereof, whose value exceeded $1,000, namely Title II SSDI benefits payments to which she was not entitled.

18 U.S.C. § 641

18 U.S.C. § 2

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1.      As a result of the offense set forth in Count One of the Indictment, the defendant,

### **DANIELLE FAITH GORE,**

shall forfeit to the United States any and all property constituting, or derived from, proceeds

obtained directly or indirectly as a result of any such violation.

2.      If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or,

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property, that is, $198,354.

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date:  7/3/18

3